UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT PETROPOULOS, II,

             Plaintiff,

v.

TRIPLE S HOSPITALITY, LLC,

             Defendant.
_____/

CIVIL ACTION
NO. 1:22-10507-JCB

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs.

Dated: November 11, 2022.

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| s/Lee D. Sarkin | s/Jonathan C. Crafts |
| Lee D. Sarkin, Esq. | Jonathan C. Crafts, Esq. |
| BBO #710006 | BBO #677887 |
| LSarkin@aol.com | jcrafts@fieldsdennis.com |
| 2 Burlington Woods Drive | Fields and Dennis, LLP |
| Suite 100 | 80 William Street, |
| Burlington, Ma. 01803 | Suite 210 |
| Telephone (781) 222-4032 | Wellesley, Ma. 02481 |
| Attorney for Plaintiff | Telephone (781) 489-6776 |
| | Attorney for Defendant |